HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DORAN BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:15-mj-00126-MJS |
| Plaintiff, | STIPULATION TO PLACE MATTER ON CALENDAR AND FOR RULE 43 WAIVER OF APPEARANCE; ORDER |
| vs. | |
| DORAN BROWN, | Date: January 26, 2016 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Yosemite Legal Officer Matthew McNease, counsel for the government, and Assistant Federal Defender Erin Snider, counsel for Doran Brown, that the above-captioned matter be placed on calendar for an initial appearance on January 26, 2016.  Mr. Brown is charged by Criminal Complaint with two counts of being present in a park area while under the influence of alcohol to a degree that may endanger oneself or another person, or damage property or park resources, in violation of 36 C.F.R. § 2.35(c).  Mr. Brown's initial appearance was scheduled for January 6, 2016.  Mr. Brown failed to appear on that date but contacted the Federal Defender's Office the following day.  The parties therefore jointly request that the Court place this matter on calendar for January 26, 2016, at 10:00 a.m. and that this Court recall the warrant issued on January 6, 2016.

Further, pursuant to Federal Rule of Criminal Procedure 43(b)(2), Mr. Brown, having

1  been advised of his right to be present at all stages of the proceedings, hereby requests that this
2  Court permit him to waive his right to personally appear at the January 26, 2016 initial
3  appearance and be allowed to appear via video conference.  Mr. Brown agrees that his interests
4  shall be represented at all times by the presence of his attorney, the Office of the Federal
5  Defender for the Eastern District of California, the same as if he were personally present, and
6  requests that this Court allow his attorney-in-fact to represent his interests at all times.  The
7  government has no objection to this request.
8        This is Mr. Brown's first request for a Rule 43 waiver.  At his initial appearance on
9  January 26, 2016, Mr. Brown intends to enter a guilty plea to Count 1 pursuant to a plea
10 agreement with the government.  Mr. Brown has already signed a written plea agreement.
11       Mr. Brown currently lives in Las Vegas, Nevada, but is relocating back to Temecula,
12 California, in approximately one week when his college courses resume.  Mr. Brown is currently
13 unemployed as his seasonal job in Las Vegas ended in December 2015 and he has not yet found
14 a job in California.  The cost required for Mr. Brown to travel to Yosemite would constitute a
15 serious hardship.  Moreover, Mr. Brown would be required to miss school to travel to Yosemite.
16       Therefore, Mr. Brown respectfully requests that the Court grant a waiver of his right and
17 obligation to be personally present and that he be permitted to appear via video conference from
18 the United States District Court in Riverside, California.  Defense counsel notes that another
19 defendant will also be appearing via video conference from the courthouse in Riverside on
20 January 26, 2016.
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Respectfully submitted,

Date: January 12, 2015           /s/ Matthew McNease
                                 MATTHEW MCNEASE
                                 Yosemite Legal Officer
                                 Counsel for the Plaintiff

                                 HEATHER E. WILLIAMS
                                 Federal Defender

Date: January 12, 2016           /s/ Erin Snider
                                 ERIN SNIDER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 DORAN BROWN

**O R D E R**

**GOOD CAUSE APPEARING**, the above request to place Case No. 6:15-mj-00126-MJS on calendar for an initial appearance January 26, 2016, at 10:00 a.m. is granted. The warrant issued January 6, 2016 is hereby recalled. Defendant's request for a waiver of personal appearance and to appear via video conference at the initial appearance is hereby granted.

IT IS SO ORDERED.

Dated:   January 12, 2016              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE