AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|

UNITED STATES OF AMERICA

v.

**DORAN BROWN**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **6:15MJ00126-001**

Defendant's Attorney: Erin Snider, Assistant Federal Defender

**THE DEFENDANT:**

[✓] pleaded guilty to count(s) __One__ of the Complaint.

[ ] pleaded nolo contendere to count(s) ⎯ which was accepted by the court.

[ ] was found guilty on count(s) ⎯ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 2.35 (c) | Under the Influence of Alcohol | 10/5/2015 | One |

  The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ⎯ and is discharged as to such count(s).

[✓] Count (s) __Two__ is dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[ ] Appeal rights given.    [✓]    Appeal rights waived.

  IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

<u>1/26/2016</u>
Date of Imposition of Judgment

<u>/s/ Michael J. Seng</u>
Signature of Judicial Officer

<u>**Michael J. Seng**, United States Magistrate Judge</u>
Name & Title of Judicial Officer

<u>2/9/2016</u>
Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT:**DORAN BROWN**
CASE NUMBER:**6:15MJ00126-001**

# PROBATION

The defendant is hereby sentenced to probation for a term of :
12 Months--Unsupervised.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1.  The Defendant is ordered to obey all federal, state, and local laws.

2.  The Defendant shall pay a special assessment of $ 10.00 for a total financial obligation of $10.00, which shall be due within 60 days. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

3.  The Defendant shall complete 25 hours of community service at a rate of 10 hours per month commencing on February 1, 2016. The Defendant shall perform and complete the community service hours within 10 months.

4.  The Defendant shall attend AA one time(s) weekly for six months of probation and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented.