| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, Bar #304781 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | DORAN BROWN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00126-MJS |
| Plaintiff, | ) | MOTION TO VACATE DECEMBER 14, 2016 REVIEW HEARING; ORDER |
| vs. | ) | |
| DORAN BROWN, | ) | |
| Defendant. | ) | |

Defendant Doran Brown hereby requests that the Court vacate the December 14, 2016 review hearing, as Mr. Brown is in full compliance with the terms of his probation.

On January 26, 2016, the Court sentenced Mr. Brown to twelve months of unsupervised probation, with the conditions that he obey all laws, advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law, pay a $10 special assessment, complete twenty-five hours of community service, and attend Alcoholics Anonymous once a week for six months.  Mr. Brown has complied with all conditions of probation.

The government is in agreement with this request.

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 2, 2016

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
DORAN BROWN

**O R D E R**

Based on the parties' joint representation that Mr. Brown has fully complied with the conditions of his probation, the Court vacates the review hearing scheduled for December 14, 2016, at 10:00 a.m. in Case No. 6:15-mj-00126-MJS.

IT IS SO ORDERED.

Dated:   December 5, 2016          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Brown: Motion to
Vacate Review Hearing